Opinion issued May 24, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01008-CR

———————————

In Re Reginald Littleton, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

Relator, Reginald Littleton, filed a petition for writ of
mandamus in this court.  See Tex.
Gov't Code Ann. § 22.221 (Vernon 2004); see also Tex.R.App. P. 52.
Relator complains that respondent, the Honorable Joan Campbell, presiding judge
of the 248th District Court of Harris County, failed to rule on his motion
requesting release on a personal bond. 
Specifically, relator claims that he is entitled to be released on a
personal bond because it has been more than 90 days since he was taken
into custody and the State has not announced ready for trial.  See
Tex.
Code Crim. Proc. Ann. art. 17.151 (Vernon 2005). 

          Appellant has since pleaded guilty to
the charged offense, thus his mandamus regarding bond is moot.



Accordingly, relator’s petition is DISMISSED.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Jennings and Keyes.

Do
not publish.   Tex. R.
App. P. 47.2(b).